# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

In re:                                              Case No. 25-30429-KKS
                                                    Chapter 13 (I)

Brenda Lee Brannon,

     Debtor[1].

_____/

## MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT WITH INNOVATIONS FINANCIAL CREDIT UNION

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of services plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

**If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Martin S. Lewis, Lewis & Jurnovoy, P.A., 1100 North Palafox Street, Pensacola, FL 32501, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

[1] *All references to "debtor" shall include both debtors in a joint case.*

COMES NOW the Debtor, by and through her attorney of record, and moves this Honorable Court to allow the Debtor to enter into a Post Petition Loan Modification Agreement with Innovations Financial Credit Union and in support thereof states as follows:

1. This chapter 13 case was filed on May 12, 2025.

2. Innovations Financial Credit Union holds the first and second mortgages on the Debtor's primary residence.

3. On Schedule A, Debtor listed the following real property located in Bay County, Florida ("The Property"): 2521 Michigan Court, Panama CityFL, 32405.

4. The Property is the Debtor's primary residence and homestead.

5. Debtor has been offered a mortgage modification from Innovations Financial Credit Union for a modification that combines both her first and second mortgages on "the Property" into one mortgage and will bring both mortgages completely current.

6. The modification terms are as follows:

a. New principal balance of $201,000.00; and

b. New maturity date of April 2056; and

c. New interest rate of 6.250%; and

e. Estimated New monthly principal and interest payment of $1,484.63.

8. Debtor states that none of the creditors shall be prejudiced by allowing this loan modification agreement

9 Debtor is current on the Chapter 13 plan payments.

10. Debtor feels this modification agreement is in her best interest.

[THIS PART INTENTIONALLY LEFT BLANK]

WHEREFORE PREMISES CONSIDERED, Debtor prays that this Honorable Court enter an Order allowing the Debtor to Enter into Permanent Loan Modification Agreement with Innovations Financial Credit Union for such other, further, and different relief as may be appropriate under the circumstances.

Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221
Attorney for Debtor

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion has been submitted to those listed below by either electronic email or by first class mail, postage prepaid on this the 17th day of March 2026.

_____
OF COUNSEL

Leigh A. Duncan, Chapter 13 Trustee
ldhdock@earthlink.net

Office of United State Trustee:
USTPRegion21.TL.ECF@usdoj.gov

Brenda Lee Brannon
2521 Michigan Court
Panama City FL, 32405

Innovations Financial Credit Union
Attn: Brooke Roberts
PO Box 15529
Panama City, FL 32406

Innovations Financial Credit Union
c/o  Heckman Law Group, P.L.
Attn: Chad D. Heckman, Esq.
PO Box 12492
Tallahassee, FL 32317