FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Pensacola Division

In Re: Brenda Lee Brannon
   aka Brenda L Brannon, aka Brenda Brannon
   SSN/ITIN: xxx–xx–2994
    Debtor

Bankruptcy Case No.:  25–30429–MWC

Chapter:  13
Judge:  Mary W. Colón

### Notice of Non–Evidentiary Hearing

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on August 27, 2026, at 01:30 PM, ***Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

    ***42*** – Motion to Enter into Mortgage Modification Filed by Martin S. Lewis on behalf of Brenda Lee Brannon ECF Calculated Deadline: 07/20/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Lewis, Martin)

Dated: August 11, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Martin Lewis shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.